NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VENTRIA BIOSCIENCE INC.,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**WUHAN HEALTHGEN BIOTECHNOLOGY CORPORATION,**
*Intervenor*

---

2023-1172

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1238.

-------------------------------------------------

**WUHAN HEALTHGEN BIOTECHNOLOGY CORP.,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**VENTRIA BIOSCIENCE INC.,**
*Intervenor*

—————————————

2023-1389

—————————————

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1238

—————————————

**ON MOTION**

—————————————

**O R D E R**

Ventria Bioscience Inc. moves unopposed to voluntarily dismiss Appeal No. 2023-1172 pursuant to Federal Rule of Appellate Procedure 42(b) and the parties' agreement as to the allocation of costs.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.  Appeal No. 2023-1172 is dismissed.

(2) Each party shall bear its own costs for Appeal No. 2023-1172.

(3) The revised official caption for Appeal No. 2023-1389 is reflected in this order.

(4) Wuhan Healthgen Biotechnology Corp.'s opening brief in Appeal No. 2023-1389 is due no later than 60 days

from the date of filing of this order.

FOR THE COURT

March 14, 2023                    /s/ Peter R. Marksteiner
      Date                        Peter R. Marksteiner
                                  Clerk of Court

ISSUED   AS   A   MANDATE   (for   2023-1172   only):
March 14, 2023